IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LINDA J. BOYD, )<br>    Plaintiff, )<br>v. )<br> )<br>DALLAS INDEPENDENT SCHOOL )<br>DISTRICT, )<br>    Defendant. ) | No. 3:08-CV-0426-M (BF) |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, filed October 28, 2008. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court notes that the Defendant's Answer to Plaintiff's Second Amended Complaint was filed on November 21, 2008, pursuant to the decision of Magistrate Judge Paul D. Stickney.

**SO ORDERED** this 21st day of January, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS